UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 17-23463-CIV-MORENO**

JULIO MARRERO; ROSA MARRERO;
GRAND BAHAMAS HOLDING CORP.; 3354
GRAND, INC.; CG 3415 GRAND, LLC;
FREEPORT DEVELOPMENT OF VILLAGE
WEST CORPORATION; GRAND ABBACO
DEVELOPMENT II CORP.; and WEST
GROVE DEVELOPMENT CORPORATION,

       Plaintiffs,

vs.

WILLIAM DRISCOLL; E. R. MIDDLETON,
as Trustee U/A with Margaret W. Driscoll f/b/o
W. John Driscoll, dated 12/11/57, dated
6/13/58, and dated 7/17/59; F. J.
WEYERHAEUSER, as Trustee U/A/ with
Margaret W. Driscoll f/b/o W. John Driscoll,
dated 12/11/57, dated 6/13/58, and dated
7/17/59; A. E. ZACCARO, as Trustee U/A
with Margaret W. Driscoll f/b/o W. John
Driscoll, dated 12/11/57, dated 6/13/58, and
dated 7/17/59; COLLIERS
INTERNATIONAL SOUTH FLORIDA, LLC;
CITY OF MIAMI; GROVE VILLAGE, LLC;
GV FREEPORT, LLC; GV PARADISE
ISLAND, LLC; GV GRAND BAHAMA,
LLC; GV BIMINI, LLC; and ISLAND
HOLIDAY, LLC,

       Defendants.

_____/

## ORDER DISMISSING CASE FOR LACK OF JURISDICTION

THIS CAUSE came before the Court upon Defendant Island Holiday, LLC's Suggestion

of Lack of Jurisdiction **(D.E. 4)**, filed on **October 2, 2017**.

THE COURT has considered the filing, the response, the reply, pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that this case is DISMISSED *sua sponte* for lack of subject matter jurisdiction. The Florida Circuit Court for the Eleventh Judicial Circuit has already taken *in rem* jurisdiction over the underlying mortgage foreclosure proceedings in *Island Holiday, LLC v. Bayshore Towers Development Corporation*, Case No. 09-46794.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of October 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record